IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JIM HARSTINE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. CIV-11-1141-R |
| | ) |
| TRICAM INDUSTRIES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff has filed an application for dismissal of this suit without prejudice. Doc. No. 13. Pursuant to Rule 41(a)(1), F.R.Civ.P., Plaintiff's application is treated as a dismissal without prejudice. This case is DISMISSED without prejudice to refiling.

IT IS SO ORDERED this 13th day of March, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE